UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| IN RE: GRAND JURY SUBPOENAS | Case No. 3:22MJ491 (TOF) |
|---|---|

### NONDISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC and Apple Inc. (hereinafter "the Providers"), each an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoenas) of the existence of the grand jury subpoenas N-21-1-135(2) and N-21-1-135(3) (hereinafter "the Subpoenas") until May 10, 2023.

The Court determines that there is reason to believe that notification of the existence of the Subpoenas will result in endangering the life or physical safety of an individual, flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and otherwise seriously jeopardizing an investigation or unduly delaying a trial.  *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Providers shall not disclose the existence of the Subpoenas until May 10, 2023, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that the Providers may disclose the Subpoenas to an attorney for the Providers for the purpose of receiving legal advice.

5/11/2022
Date

*(signed)* Date: 2022.05.11 09:40:35 -04'00'
HON. THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE